# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CIVIL DIVISION

## CASE NO.: 3:17-CV-469

| | |
|---|---|
| DARRELL DYE,<br>SHARON V. WILSON – DYE,<br><br>        Plaintiffs,<br><br>vs.<br><br>ELISA CHINN GARY, JEREMY B. WILKINS,<br>AARON ANDERSON, BRIAN MOYNIHAN,<br>THOMAS P. CIALINO, BLANK ROME, LLP,<br>TRUSTEE SERVICES OF CAROLINA, LLC;<br>BROCK & SCOTT, PLLC,<br><br>        Defendants. | **DEFENDANT TRUSTEE SERVICES<br>OF CAROLINA, LLC's DISCLOSURE<br>OF CORPORATE AFFILIATIONS<br>AND OTHER ENTITIES<br>WITH A DIRECT FINANCIAL<br>INTEREST IN LITIGATION** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Trustee Services of Carolina, LLC, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

**No.**

2. Does party have any parent corporations?

**No.**

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: **N/A**

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

**No.**

If yes, identify all such owners: **N/A**

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

**No.**

If yes, identify entity and nature of interest:   **N/A**

5. Is party a trade association?

**No.**

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:   **N/A**

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee: **N/A**

Respectfully submitted this 14th day of September, 2017.

**BROCK & SCOTT, PLLC**
*Attorneys for Defendants TSC, Brock & Scott, Jeremy Wilkins, and Aaron Anderson*

BY:  /s/Renner St. John_____
Renner St. John, NC Bar #33903
8757 Red Oak Blvd., Suite 150
Charlotte, NC 28217
Tel: 704-643-0290; Fax: 704-533-7225
renner.st.john@brockandscott.com

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CIVIL DIVISION

## CASE NO.: 3:17-CV-469

| | |
|---|---|
| DARRELL DYE,<br>SHARON V. WILSON – DYE,<br><br>       Plaintiffs,<br><br>vs.<br><br>ELISA CHINN GARY, JEREMY B. WILKINS, AARON ANDERSON, BRIAN MOYNIHAN, THOMAS P. CIALINO, BLANK ROME, LLP, TRUSTEE SERVICES OF CAROLINA, LLC; BROCK & SCOTT, PLLC,<br><br>       Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that on September 14, 2017, a copy of the foregoing Defendant Trustee Services of Carolina, LLC's Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation, and this Certificate of Service, with any and all attachments, were filed electronically with the clerk of court via ECF and served via First-Class Mail, postage prepaid, addressed to:

**Sharon Victoria Wilson – Dye**
**201 N. McDowell Street # 35572**
**Charlotte, NC 28235**

**Darrell Dye**
**201 N. McDowell Street # 35572**
**Charlotte, NC 28235**

**Nathan Jessee Taylor**
**McGuire Woods, LLP**
**201 N. Tryon Street**
**Suite 3000**
**Charlotte, NC 28202**

3

**BROCK & SCOTT, PLLC**
*Attorneys for Defendants TSC, Brock & Scott,*
*Jeremy Wilkins, and Aaron Anderson*

BY: /s/Renner St. John
     Renner St. John, NC Bar #33903
     8757 Red Oak Blvd., Suite 150
     Charlotte, NC 28217
     Tel: 704-643-0290; Fax: 704-533-7225
     renner.st.john@brockandscott.com